IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNDER WILD SKIES, INC. )<br>    *Movant* )<br>    )<br>v. )<br>    )<br>NATIONAL RIFLE ASSOCIATION )<br>OF AMERICA, )<br>    *Respondent* )<br>    ) | Case No. 1:23-mc-16 |

## NOTICE OF APPEARANCE

Respondent National Rifle Association of America ("NRA") hereby gives notice to the Court that James W. Hundley and Robert H. Cox of the law firm of Briglia Hundley, P.C. enter their appearance as counsel for the NRA in the above captioned case. James W. Hundley and Robert H. Cox are members in good standing of the Virginia Bar.

The undersigned counsel respectfully request that copies of all future notices, orders, and pleadings issued or filed in this action be served upon the undersigned as follows:

Dated: August 7, 2023                    Respectfully submitted,

**BRIGLIA HUNDLEY, P.C.**

By:   */s/ Robert H. Cox*
James W. Hundley
jhundley@brigliahundley.com
Robert H. Cox
rcox@brigliahundley.com
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
Telephone: (703) 883-0880
**ATTORNEYS FOR RESPONDENT
NATIONAL RIFLE ASSOCIATION
OF AMERICA**

## **CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing document was served upon counsel of record on August 7, 2023 using the Court's CM/ECF system, which will send a copy to all counsel of record.

                  */s/ Robert H. Cox*