IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNDER WILD SKIES, INC., | ) |
| Movant, | ) |
| v. | ) Civil Action No. 1:23mc0016 (MSN/JFA) |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

This matter is before the court on movant's motion to quash (Docket no. 1) and respondent's motion to transfer (Docket no. 13). Having reviewed the motions, briefs in support, oppositions, and replies, and having considered the arguments of counsel at the hearing on August 18, 2023, it is hereby

ORDERED that respondent's motion to transfer is denied, as respondent failed to show exceptional circumstances. It is further

ORDERED that movant's motion to quash is granted for the reasons stated from the bench. The court finds that the subpoena at issue was not served in a timely manner, that it is overbroad in scope and time, that it would impose an undue burden on third-party Fitzwater and Dean, P.L.C., and that respondent has failed to show that whatever limited, relevant evidence that is included in the overbroad subpoena could not be obtained from other sources.

Entered this 18th day of August, 2023.

/s/ John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia