IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNDER WILD SKIES, INC., )
)
        Movant, )
)
v. ) Civil Action No. 1:23mc0016 (MSN/JFA)
)
NATIONAL RIFLE ASSOCIATION )
OF AMERICA, )
)
        Respondent. )
)

## ORDER

This matter is before the court respondent's motion to seal litigation. (Docket no. 8). Having reviewed the motion, it is hereby

ORDERED that the motion to seal is granted in part and denied in part. The request to seal all pleadings is denied. The request to seal the motion to transfer (Docket no. 13) and proposed order (Docket no. 13-2) is denied, and respondent's counsel shall file these documents in the public record within seven (7) days of entry of this order. The request to seal the discovery order from the Texas litigation (Docket no. 13-1) is granted pending the Texas court's ruling on the motion to unseal. The request to seal the brief in support of the motion to transfer and in opposition to the motion to quash (Docket no. 14) is granted in part, and counsel shall file a redacted version of the brief and a memorandum setting forward why any redacted information should remain under seal in the public record within seven (7) days of entry of this order. The request to seal the notice of hearing (Docket no. 15) is denied, and the Clerk is requested to unseal that document. It is further

ORDERED that, within seven (7) days of the ruling on the motion to unseal in the Texas case, respondent shall file a pleading explaining why any information should remain under seal in this case.

Entered this 18th day of August, 2023.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia